UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARTON ALLEN #230195,

      Plaintiff,

v.

ROBERT TINERELLA, *et al.,*

      Defendants.

NO. 1:26-cv-1283

HON. ROBERT J. JONKER

MAGISTRATE JUDGE RAY KENT

_____

| | |
|---|---|
| Ian T. Cross (P83367)<br>Attorney for Plaintiff Allen<br>402 West Liberty Street<br>Ann Arbor, MI 48103<br>(734)-994-9590<br>ian@lawinannarbor.com | Joseph Y. Ho (P77390)<br>Assistant Attorney General<br>Attorney for MDOC Defs. Bagley,<br>Lemke, Wickwire & Wyman<br>Michigan Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217 |
| Matthew T. Tompkins (P62665)<br>Attorney for Def. Tinerella<br>Straub Seaman & Allen PC<br>2810 E. Beltline Lane NE<br>Grand Rapids, MI 49525<br>(616) 530-6555<br>mtompkins@lawssa.com | Lansing, MI 48909<br>(517) 335-3055<br>hoj@michigan.gov |

_____/

**MDOC DEFENDANTS BAGLEY, LEMKE, WICKWIRE & WYMAN'S
MOTION FOR SUMMARY JUDGMENT**

MDOC Defendants Heather Bagley, Marcus Lemke, Bobbie Wickwire, and

Jonathan Wyman, by counsel, bring this motion under Federal Rule of Civil

Procedure 56(a), and ask the Court to enter an order to grant them summary

judgment, dismiss the claims against them as unexhausted, and dismiss them from

this lawsuit, based on the grounds set forth in their accompanying brief.

Following E.D. Mich. LR 7.1(a)(2)(A), the undersigned sought conference with

Allen's counsel regarding this motion, but concurrence was not obtained.

Respectfully submitted,

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for MDOC Defs. Bagley,
Lemke, Wickwire & Wyman
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
hoj@michigan.gov

Dated:  July 8, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the above document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Attorney for MDOC Defs. Bagley,
Lemke, Wickwire & Wyman

2