# MDOC DEFENDANTS' EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BARTON ALLEN #230195,

    Plaintiff,

v                      NO. 1:26-cv-1283

ROBERT TINERELLA, HEATHER    MAG. JUDGE RAY KENT
BAGLEY, MARCUS LEMKE,
BOBBIE WICKWIRE and
UNIDENTIFIED OFFICER 1,

    Defendants.

---

| | |
|---|---|
| Ian T. Cross (P83367) | Allan J. Soros (P43702) |
| Attorney for Plaintiff Allen | Assistant Attorney General |
| 402 West Liberty Street | Michigan Department of Attorney General |
| Ann Arbor, MI 48103 | Corrections Division |
| (734)-994-9590 | P.O. Box 30217 |
| ian@lawinannarbor.com | Lansing, MI 48909 |
| | (517) 335-3055 |

---

## AFFIDAVIT FOR STEP III GRIEVANCES

I, Carolyn Nelson, Departmental Specialist, hereby certify that the attached
MDOC Prisoner Step III Grievance Report is a true and accurate copy of the report
generated for Barton Allen, #230195. This report is taken from the Michigan
Department of Corrections' (MDOC) database that tracks all prisoner/parolee
grievances filed at Step III, which have been responded to at Step III. Following
the report is a true and correct copy of the underlying grievance documentation
received at Step III for the grievance referenced in the report that is highlighted

and marked with an "X."  For grievances not checked in the last column, the

grievance has been received but a response has not been completed as of the date

of the report.  This report and the grievance attached are regularly compiled and

maintained in the course of the operation of the MDOC.

_____
Carolyn Nelson, Departmental Specialist

Subscribed and sworn to before me, a Notary Public,
on the 6TH  day of ___MAY_____, 2026

_____
Jennifer Marie Houck - Notary Public
State of Michigan
County of Ionia
My Commission Expires:  June 22, 2029
Acting in the County of Ingham

(Barton Allen, #230195)

Ex. 2
Page 2 of 9



# MDOC Prisoner Step III Grievance Report

## 1/1/2019 to Present

**Prisoner #:**    230195    **Last Name:**    Allen    **First Name:**    Barton

| Step III Rec'd | Grievance Identifier | Grievance Category | Facility | Step I Received Date | Resolved | Partially Resolved | Denied | Rejected | Closed | Date Mailed |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2025 | ECF--25-06-1124-29Z | 29Z | 23 | 6/17/2025 | ☐ | ☐ | ☑ | ☐ | ☑ | 9/15/2025 |

**Notes:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/19/2025 | IBC-25-01-0131-26a | 26a | 3 | 1/17/2025 | ☐ | ☐ | ☑ | ☐ | ☑ | 4/8/2025 |

**Notes:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/2023 | AMF-23-12-1570-28E | 28E | 2 | 12/6/2023 | ☐ | ☐ | ☐ | ☑ | ☑ | 1/4/2024 |

**Notes:**

**Ex. 2**
**Page 3 of 9**

CSJ-247FD 4/6/2020

## STEP III GRIEVANCE RESPONSE FORM
### (FINAL MDOC DECISION)

DB Record #: 155809

| Prisoner Last Name: | Prisoner #: | Grievance #: | |
|---|---|---|---|
| Allen | 230195 | IBC-25-01-0131-26a | |

**SECTION ONE:**

☒  **THE STEP II DENIAL IS UPHELD** at Step III.

☐  The Step II response on the merits was only PARTIALLY RESOLVED, however, this grievance is now considered **RESOLVED** based on the actions described in **SECTION TWO** below.

☐  **THE STEP II REJECTION IS UPHELD.**

☐  The Step III appeal is **REJECTED** at Step III pursuant to PD 03.02.130 "Prisoner/Parolee Grievances" for the following reason(s)

**SECTION TWO** (Describe any further actions taken at Step II to resolve the issue on the merits):

N/A

Richard D. Russell, Manager, Office of Legal Affairs, MDOC

| SIGNATURE: | *Russell* | DATE MAILED: | **04/08/2025** |
|---|---|---|---|

**Distribution:** Copies to Warden, GC, and prisoner along with the copy of the prisoner's submitted Step III appeal.

RECD OLH 3/11/2025

GT#155809

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: _____

Grievance Identifier: **IBC 25 01 1 01 31 26A**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_G.C. Office_____ by __1/3/25___. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Allen | 230195 | IBC | 1-237 | 1-13-25 | 1-27-25 |

**STEP II — Reason for Appeal** C.O. Timerella broke a bone in my face and
the other C.O. help him, the canada All of them

**STEP II — Response**

| | Date Received by Step II Respondent: |
|---|---|

| | Date Returned to Grievant: |
|---|---|

Respondent's Name (Print)     Respondent's Signature     Date

**STEP III — Reason for Appeal** Violation of PD-04.05.120 cod/Ethics/Conduct of Employees. PD.02.03.107
Regarding Inhuman and treatment PD.02.03.130 Resulting in Serious Physical injuries upon
conscious intention as Retatiation by Staff Submitted for final exhaustion. TC. Wickwire
PC. Lemke, CO Timmerella, And CO. Bagley And other CO. that are on the critical incident
Reports.

"Look At video. "Keep Video" for my Complaint.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III — Director's Response is attached as a separate sheet.**

#830162

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

Ex. 2
Page 5 of 9

**Michigan Department of Corrections**
**GRIEVANCE APPEAL RECEIPT STEP II**

DATE:    1/23/2025

TO:    ALLEN    230195

LOCATION:   IBC    1-237

FROM:    Grievance Coordinator:  N. Brooke

SUBJECT:   Receipt of the Grievance Appeal Form

I acknowledge receipt of your Step II grievance appeal, identifier   IBC    /    2025 /   01 /   0131    /   26A
which was received in this office on    1/23/2025
Unless you are otherwise notified you should be provided a Step II response within 15 business days of the date your appeal was received or no later than    2/13/2025
If you have not received a response by this date or are notified of an extension, you may submit your step III appeal  to the Directors office.

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247  10/94
CSJ-247A

Date Received at Step I ___1/17/25___  Grievance Identifier: I B C 2 5 0 1 1 0 3 1 2 6 A

| Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. | | | | | |
|---|---|---|---|---|---|
| Name (print first, last) Barton Allen | Number 230195 | Institution IBC | Lock Number 1-237 | Date of Incident 1-13-25 | Today's Date 1-14-25 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why. All to No Avail.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. Assault And Battery

C.O. Tinerella Assault me while coming out of A-Wing Eating Area. I got Suger off the Prisoner food desk, I Was infrom by the Counsler to get the Suger. C.O. Tinerella told me to put My Suger back. I told him, the Counsler told us that we can get the Suger. Then, I tried to walk around him. C.O. Tinerella called me pussy, Hoe's And Bitch's to get me to do something to him. I just tried to walk around him And then that's When CO. Tinerella Assault Me. This is on All the C.O. that was there And the Rum and counsler. "Save Video" _Mr. Barton Allen_
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☑ No    If No, give explanation. If resolved, explain resolution.)

See attached CSJ-247S

| | | | |
|---|---|---|---|
| BCP | 1/17/25 | _signature_ | 1/17/25 |
| Respondent's Signature | Date | Reviewer's Signature | Date |
| Brooke | CPR | Addis | ARUS |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

Date Returned to Grievant: 1/17/25   If resolved at Step I, Grievant sign here.
Resolution must be described above.   _____   _____
Grievant's Signature   Date

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Allen | 230195 | 1-237/IBC | IBC-25-01-0131-26A |

| Prisoner Interviewed: | YES | ☐ | NO | ☒ | If "NO", Reason: | Prisoner description allowed response from record. |
|---|---|---|---|---|---|---|
| Extension Granted: | YES | ☐ | NO | ☒ | If "YES", Enter End Date: | N/A |

**COMPLAINT SUMMARY:**

On 1/13/2025, Prisoner Allen #230195 claims Officer Tinerella assaulted the grievant while the grievant was coming out of the A-wing dayroom.  Prisoner Allen claims Officer Tinerella called the grievant a pussy, hoe, and a bitch and tried to walk by Officer Tinerella and that is when the grievant claims Officer Tinerella assaulted the grievant.

**INVESTIGATION SUMMARY:**

Grievant was not interviewed because prisoner description allowed for a response from the record.   Grievance was received by the IBC Warden's office on 1/17/2025.

**APPLICABLE POLICY, PROCEDURE, ETC.:**

PD 01.01.140 Internal Affairs
PD 03.02.130 Prisoner/Parolee Grievances

**DECISION SUMMARY:**

Grievance was received by the IBC Warden's office on 1/17/2025 and will be investigated.  You will be notified of the results of the investigation, when it is completed.

| RESPONDENT NAME: | N. Brooke | TITLE: | CRR |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 1/17/2025 |
| REVIEWER NAME: | B. Addis | TITLE: | A/ ADW |
| REVIEWER SIGNATURE: | | DATE: | 1/17/2025 |

Distribution:  Original - Step I Grievance Coordinator        Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

**Michigan Department of Corrections**
**FIRST STEP GRIEVANCE RECEIPT**

DATE:    1/17/2025

TO:    **ALLEN**    230195        LOCATION:    IBC    1-237

FROM:    **Grievance Coordinator:  N. Brooke**

SUBJECT:    Receipt for Step I Grievance

**Grievance Identifier:    IBC    /    2025 /    01 / 0131    / 26A**

**Issue:    excessive use of force**

**Received:    1/17/2025**

**Date Due:    2/7/2025**

Your Step I grievance was received as indicated above. You should receive a response no later than the due date listed above. If you have not received a response by this date and no extension has been given, you may submit a written request for an appeal form to this office. You will need to note, on your request, the grievance identifier as listed above.