# MDOC DEFENDANTS' EXHIBIT 3

## Step II Appeal Response

Grievance Identifier:  IBC 25-01-0131-26A
Name: Allen
Number:  230195
Institution:  JCF


Response:  In your Step I complaint you presented claims of excessive use of force by staff.

The Step I grievance respondent, N. Brooke stated "Grievance was received by the IBC Warden's Office and will be investigated. You will be notified of the results of the investigation when it is completed."

In your Step II appeal, you reassert your claims as presented in your Step I grievance complaint.

The Step I response was clear, concise, and appropriate. This matter is being formally investigated (AIM 52150). You shall be provided notification of the findings upon completion of this investigation.

Based on details provided, this appeal is denied.


Matt Macauley, Warden                    _m. Macauly_                    4|21|25
Respondent's Name                        Respondent's Signature              Date